| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | ANGELA L. SCOTT |
| | VINCENZA RABENN |
| 3 | Assistant United States Attorney |
| | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721 |
| | Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:17-mj-00046-JLT |
| | 5:17-mj-00045-JLT |
| Plaintiff, | 5:17-mj-00043-JLT |
| | 5:17-mj-00047-JLT |
| v. | 5:17-mj-00048-JLT |
| | 5:17-mj-00044-JLT |
| TOMMIE THOMAS, | 5:17-mj-00050-JLT |
| WILLIAM THOMAS, | 5:17-mj-00052-JLT |
| DANNY WILLIS, | 5:17-mj-00051-JLT |
| GARY PIERSON, | 5:17-mj-00049-JLT |
| LADAIREUS JONES, | |
| BERNARD WARREN, | |
| MANUEL CRUZ, | [PROPOSED] ORDER TO UNSEAL COMPLAINT, |
| LUIS FERNANDEZ, | ARREST WARRANTS, AND AFFIDAVIT |
| BRYSHANIQUE ALLEN, | |
| MYRON DEWBERRY, | |
| Defendant. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

IT IS SO ORDERED.

DATED: December 12, 2017

_____
Jennifer L. Thurston
U.S. Magistrate Judge

ORDER UNSEALING COMPLAINTS